STATE OF MARYLAND *v.* BRUCE

[No. 74, September Term, 1975.]

*Decided March 1, 1976.*

The cause was argued before MURPHY, C. J., and SINGLEY, SMITH, DIGGES, LEVINE, ELDRIDGE and O'DONNELL, JJ.

*Bruce C. Spizler, Assistant Attorney General,* with whom were *Francis B. Burch, Attorney General,* and *Clarence W. Sharp, Assistant Attorney General,* on the brief, for appellant.

*Victoria A. Salner, Assistant Public Defender,* with whom were *Alan H. Murrell, Public Defender,* and *Arnold M. Zerwitz, Assistant Public Defender,* on the brief, for appellee.

ORDER OF COURT.

## ORDER OF COURT

The petition for writ of certiorari having been granted and heard and it appearing that the petition was improvidently granted, it is this 1st day of March, 1976

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs to be paid by the State of Maryland.

In dismissing this petition as improvidently granted we point out that even assuming the respondent, when he failed to retain counsel, was financially able to employ an attorney, and further assuming that he thereby waived or attempted to waive his right to the assistance of counsel, the record does not reflect compliance with Maryland Rule 719, particularly subsections b 1 and c, as mandated by subsection f of that Rule.